```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 01665
   SEAN S PRUDIK
   VALERIE PRUDIK                          CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6714    SSN XXX-XX-8825
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/19/05 and confirmed on 03/18/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 103321.36 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE FARM BANK | CURRENT MORTG | 77088.00 | .00 | 77088.00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 8730.00 | 859.55 | 8730.00 |
| ECMC | UNSECURED | 63014.72 | .00 | 6301.47 |
| ROUNDUP FUNDING LLC | UNSECURED | 10164.92 | .00 | 1016.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6699.69 | .00 | 669.97 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23551.30 | .00 | 2355.13 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 1803.39 | .00 | 180.34 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 85818.00 | .00 | 105234.02 | .00 | 191052.02 |
| PRINCIPAL PAID | 85818.00 | .00 | 10523.40 | .00 | 96341.40 |
| INTEREST PAID | 859.55 | .00 | .00 | .00 | 859.55 |
| TOTAL PAID | 86677.55 | .00 | 10523.40 | .00 | 97200.95 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2700.00 and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $    4411.65 .

Refunds to the Debtor totaled $      8.76 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                         /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 01665 SEAN S PRUDIK & VALERIE PRUDIK